IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-41186
Conference Calendar

_____

HIPOLITO QUINONES,

                                        Plaintiff-Appellant,

versus

WILLIAM D. JOCK, Lieutenant, Michael Unit;
RONALD J. HOLDER, JR., Correctional Officer, Michael Unit;
CHARLIE L. HARRIS, Correctional Officer, Michael Unit;
VELMA A. WOLF, Correctional Officer, Michael Unit,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:96-CV-355
- - - - - - - - - -
October 23, 1997

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Hipolito Quinones, Texas prisoner # 511282, proceeding pro se and in forma pauperis (IFP), appeals the 28 U.S.C. § 1915 dismissal of his civil rights complaint. Quinones asserts that the defendants denied him food, recreation, a shower, medication, and adequate medical treatment. We review § 1915 dismissals for

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

an abuse of discretion.  Moore v. Mabus, 976 F.2d 268, 270 (5th Cir. 1992).

We have reviewed the record and Quinones' brief and we find no nonfrivolous issues.  We dismiss the appeal for essentially the reasons relied upon by the magistrate judge.  Quinones v. Jock, No. 6:96-CV-355 (E.D. Tex. Nov. 14, 1996).

Quinones has abandoned the issues asserted in the district court that the defendants searched his cell, took his medication, and threatened him by failing to raise these issues on appeal. See Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987)(issues not asserted on appeal are abandoned).

Quinones' appeal is without arguable merit and thus frivolous.  See Howard v. King, 707 F.2d. 215, 219-20 (5th Cir. 1983).  Because the appeal is frivolous, it is DISMISSED.  See 5th Cir. R. 42.2.  We caution Quinones that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, Quinones is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING ISSUED.